DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Harrison<br><br>Case Below:<br>169 N.C. App. 257 | No. 228A05 | 1. Def's NOA Based Upon a Dissent (COA04-515)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br><br>2. Denied 10/06/05 |
| State v. Hawes<br><br>Case Below:<br>165 N.C. App. 545 | No. 582P05 | Def's PWC to File a PDR of an Order of COA (COA03-1417) or, Alternatively, to Permit a Motion for Appropriate Relief | Denied 11/03/05 |
| State v. Heller<br><br>Case Below:<br>172 N.C. App. 173 | No. 478P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1551) | Denied 10/06/05 |
| State v. Hendrickson<br><br>Case Below:<br>172 N.C. App. 593 | No. 530P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-142) | Denied 10/06/05 |
| State v. Hernandez-Madrid<br><br>Case Below:<br>173 N.C. App. 234 | No. 534P05 | AG's Motion for Temporary Stay (COA04-294) | Allowed Pending Determination of State's PDR 09/21/05 |
| State v. Hill<br><br>Case Below:<br>172 N.C. App. 173 | No. 504A05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1126)<br><br>2. Def's Motion for Remand to the COA<br><br>3. AG's Motion to Dismiss Appeal and Deny Motion to Remand to COA | 1. ——<br><br><br>2. ——<br><br>3. Allowed 11/03/05<br><br>**Martin, J. Recused** |
| State v. Holden<br><br>Case Below:<br>171 N.C. App. 364 | No. 393P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1464) | Denied 10/06/05 |
| State v. Holman<br><br>Case Below:<br>171 N.C. App. 516 | No. 434P05 | Def's PWC to Review the Decision of the COA (COA04-962) | Denied 10/06/05 |
| State v. Howell<br><br>Case Below:<br>169 N.C. App. 741 | No. 275P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-307) | Denied 10/06/05 |